# EXHIBIT B



# NYSUT UNITED
A UNION OF PROFESSIONALS
www.nysut.org | May 2017

THIS ISSUE OF NYSUT UNITED CONTAINS INFORMATION REGARDING THE NYSUT MEMBER BENEFITS SUMMARY ANNUAL REPORT.

## SPECIAL POST-RA EDITION
- Delegates set union's course | 10
- Union celebrates award winners | 14

**Parents: Know your rights to opt your children out of state tests.**
Visit nysut.org/optout

**NYSUT President** Andy Pallotta and his team get down to work | 6

**Campaign highlights parent rights** | 6

[ 2017 NYSUT REPRESENTATIVE ASSEMBLY ]

# Testing, unfair teacher evals, plight of adjuncts, 'con con' threat

## RA delegates shape union's agenda, approve wide-ranging resolutions

With passion and persistence, delegates to NYSUT's policymaking convention in New York City directed the statewide union to stand strong against inappropriate student testing; unfair teacher evaluations; and the exploitation of adjunct faculty, among other priorities. Delegates also committed to defeat the state's proposed constitutional convention on the ballot this fall.

In all, more than 2,000 Representative Assembly delegates approved 35 resolutions and referred five measures to the NYSUT Board of Directors.

Delegates OK'd resolutions calling for student test scores to no longer be a mandatory part of teacher evaluations; condemning computer-based testing for grades 3–5; and opposing teacher participation in generating test questions for the state's ELA and math assessments in grades 3–8.

Delegates urged NYSUT to work diligently to get rid of the state's Annual Professional Performance Review system entirely, and return control to local school districts and teacher unions to develop sound evaluative tools.

They called for NYSUT to fight any punitive measures taken against a teacher whose final rating was based on mandatory standardized test scores. Another resolution asks NYSUT to consider forming a task force to recommend a more consistent timeline for administering state assessments.

As states wrestle with implementation of the federal Every Student Succeeds Act, delegates approved resolutions that direct NYSUT to work with state policymakers to leverage relief from punitive federal testing and accountability mandates. Delegates also voiced support for ESSA professional development funding to be used to expand teacher center programs. Delegates called for NYSUT to work with all national, state and local organizations to prevent U.S. Education Secretary Betsy DeVos from any attempt to defund public schools.

Other educational issues resolutions call for more resources to help English language learners succeed; mandate labor history as part of the state's K–12 curriculum; support "consent" education in middle and high schools; and require a meaningful new teacher induction program. Delegates also want NYSUT to form a task force to make recommendations on establishing a consistent regional school calendar for BOCES and local districts.

Several members spoke passionately about the importance of recess in elementary school, calling for at least 30 minutes a day, not counting physical education classes, for all elementary students. "Children need a lot of unstructured playtime and socialization," said Arielle Chiger of New Paltz TA. "This is the best early intervention we can offer."

### Higher education

Delegates made it loud and clear that a resolution seeking pay equity for contingent academic labor in higher education must be a top priority.

"I'm called an adjunct, but I work full-time with part-time pay," said Susan DiRaimo, Professional Staff Congress at CUNY. "I'm not contingent either — teaching four courses every semester for (many) years."

Adjuncts now make up 60 to 70 percent of CUNY's instructional force, with many earning $25,000 to $30,000 a year and qualifying for public assistance, DiRaimo said. "Adjuncts deserve a living wage. It's really a moral question."

PSC's Mike Fabricant said adjuncts are working at multiple colleges and teaching as many as nine courses in a semester "in order to survive." He said the continued exploitation and impoverishment of the growing percentage of instructional staff is "a wound within public education" that must be taken care of. "It's fair, human and just," he said.

Jason DeTrani of Broome Community College Faculty Association noted the mistreatment of adjuncts goes well beyond low pay. "A hostile administration



JONATHAN FICKIES

☐ Kevin Peterman, president of the Faculty Association of Suffolk Community College and member of NYSUT's Board of Directors, shown on the screen, speaks in favor of a resolution creating a NYSUT task force to address the dues stucture for adjunct members. Many adjuncts who work at several colleges and schools are unfairly forced to pay multiple dues for each campus, he says.

Case 1:18-cv-09778-KPF   Document 93-2   Filed 06/21/19   Page 4 of 5

"can find many ways to penalize and attack adjuncts," DeTrani said. "They can cut sections, double and triple enrollments ... you're doing three times the work for the same terrible pay."

He successfully amended the resolution to demand equity for adjuncts concerning "associated employment and loading" issues.

A Westchester CC Federation of Teachers member noted that the reliance on contingent faculty also directly hurts full-time faculty whose administrative workloads have increased dramatically.

In a separate resolution approved for adjuncts, Kevin Peterman of the Faculty Association of Suffolk CC spoke in favor of creating a NYSUT task force to address the dues structure that requires adjunct faculty to pay multiple dues at each college or school they work for.

"With 25 percent of adjuncts receiving public assistance, we need to do everything we can to help them," said Peterman, whose union has more than 1,450 adjunct members. "Many of our members are also working at Stony Brook, Farmingdale and other places and paying dues to each of them, plus AFT."

A number of delegates spoke passionately in favor of a resolution calling for all public colleges and schools to be declared sanctuary institutions, responding to President Trump's actions to detain and deport undocumented residents and revoke protections for DACAs, or Deferred Action for Childhood Arrivals.

"The level of anxiety for students, faculty and staff is remarkable," said Dominic Wetzel of Kingsborough Community College, where about 70 percent of the students are immigrants. "Our students have mobilized, collecting 1,500 signatures to the college president to declare us a sanctuary campus," the PSC member said. "This is a historic opportunity for NYSUT members to show our students that we are there for them ... and so they can feel safe to pursue their education."

The sanctuary resolution calls for NYSUT to support locals in demanding that their campuses and schools oppose surveillance of students, faculty and staff; and refuse to allow immigration officials into their buildings or supply information without warrants.




☐ Nivedita Majumdar of Professional Staff Congress, left, supports a resolution calling for all public colleges and schools to be designated sanctuary institutions for fearful immigrant students, faculty and staff. At right, Sayville TA's Tim Southerton, a member of the NYS Teachers' Retirement System Board, calls tier equity a core value for the union.

Another higher ed resolution urges NYSUT's opposition to any attempt to deny public funding to CUNY based on constitutionally protected speech or actions of its students, faculty and staff.

"Public funds should not be tied to political positions," said PSC President Barbara Bowen. "That is a ban on free speech ... A blacklist," she said.

Jackie DiSalvo of PSC likened the issue to McCarthyism, where college faculty members were purged for speaking out or voicing criticism.

"I don't want to see us retreat to an earlier time," said PSC's Steve Leberstein. "There's no place more important to uphold these failures of free speech than higher education institutions."

## Special orders

Delegates approved several Special Orders of Business, including endorsement of Paul Farfaglia of Jordan Elbridge TA for re-election as one of three teacher-members on the NYS Teachers' Retirement System Board.

Just hours after the Senate confirmed Supreme Court nominee Neil Gorsuch, delegates approved a Special Order calling for local unions to pump up organizing campaigns and enlist current members to pledge to remain dues-paying union members even in the event of a negative Supreme Court decision.

Patty Bentley, a retiree from the United University Professions SUNY Plattsburgh chapter, spoke in favor of a Special Order calling for union members to avoid unnecessary travel to North Carolina, Kentucky and South Dakota to protest the states' recent discriminatory actions against the LGBTQ community.

"We have to stand firm and send a message," Bentley said, noting she is a Kentucky native and is saddened by what's happening in the southern states.



☐ Pat Crispino, United Federation of Teachers, speaks in favor of a resolution urging union members to avoid travel to North Carolina, South Dakota and Kentucky, to protest anti-LGBTQ discriminatory laws.



☐ More than 2,000 delegates took action on resolutions that will guide the union's advocacy in the coming year. Delegates make it loud and clear they want NYSUT to keep fighting for sane testing policies and more local control in establishing educational policy.

# Delegates reject constitutional amendments

After passionate debate, delegates to the NYSUT Representative Assembly rejected four proposed constitutional amendments that would have eliminated one of NYSUT's five officers and allowed regional voting for NYSUT Board members and statewide officers.

The proposed amendments called for:
- eliminating NYSUT's second vice president position;
- allowing regional Election District meetings so certified delegates could cast ballots without attending the RA;
- allowing special Election District meetings to fill all officer and director at-large vacancies as they occur, rather than having them filled by the NYSUT Board; and
- electing at-large directors by a majority of representatives of their respective constituencies, rather than by a statewide vote by delegates at the RA.

Nate Hathaway, president of Malone Federation of Teachers, spoke in favor of the amendment to eliminate one statewide officer position to save money. "This organization is under economic stress. Given that, this would be a move in the right direction ... And save over $350,000."

Mahopac Teachers Association Tom McMahon spoke against the idea, noting the officers devised a reorganization plan that will save three times more than eliminating a single officer position. "I don't think we should be asking our officers to do more with less," McMahon said. "Something will fall by the wayside."

In a voice vote, delegates confirmed the committee's recommendation to reject the amendment and keep all five statewide officers.

Michael Lillis, Lakeland FT spoke in favor of the second proposal, which called for regional voting for statewide officers and Board members, in addition to voting at the RA.

"Democracy should be the lifeblood of this organization. We should do anything we can to expand participation," he said. Lillis noted a delegation from Buffalo was forced to drive to the RA in New York City because their flight was cancelled — just so they could vote for their statewide officers. Under the proposed amendment, the delegates could have voted at their regional office, Lillis said. But Pamela Malone of United University Professions said allowing regional voting would diminish RA attendance. "These RAs are an opportunity to network, promote solidarity," she said. "As a higher education member, I rely on these to learn about my brothers and sisters in K-12."

A voice vote was too close to call, so delegates were asked to stand and be counted. The amendment went down by 284 votes.

Regarding the third proposed amendment, Alan Trevithick of Westchester CC FT made the case that NYSUT's legislative program calls for early voting and other measures to promote the "sacred right" to vote in general elections.

"This amendment would promote stronger participation in NYSUT," he said. "You'll be voting for real inclusion and real unity." Others argued that allowing regional voting would add costs and be difficult for retiree representation. The measure also failed.

On the final proposed amendment, Rob Ciani of Commack TA said allowing representatives to be elected by their respective constituencies would eliminate frustration and anger by those who believe that a statewide vote is unfair. "It's a healing for brothers and sisters who feel their voice has been lost," he said. "It would empower so many locals across New York State."

Sandie Carner-Shafran, an SRP member of the NYSUT Board, noted the importance of NYSUT's many constituencies — SRPs, retirees, health care and higher education — to be elected on a statewide basis. "We should be expanding their representation, not limiting it."

# Magee, Fortino recognized for their valuable service

Reinforcing their tributes with sustained standing ovations, delegates unanimously approved heartfelt Special Orders of Business honoring outgoing officers Karen E. Magee and Catalina Fortino for their lifelong commitment to unionism and public education.

Magee was praised in a special resolution for her leadership in establishing NYSUT as "the voice that cannot be ignored" and re-engaging NYSUT members to "BE the union" through increased activism.

The recognition followed Magee's address to delegates emphasizing the importance of "solidarity forever."

In the resolution, delegates lauded Magee's initiative in launching the union's first-ever conference dedicated to women's priorities — "a resounding success" that drew capacity participation earlier this year. Delegates subsequently voted to establish a standing NYSUT committee on women's priorities.




PHOTOS: EL-WISE NOISETTE

☐ Outgoing NYSUT officers Karen E. Magee, left, and Catalina Fortino, above left, with Roberta Elins of United College Employees of FIT, are honored by delegates.

Magee, who was elected as the union's first woman president in 2014, has been tapped to lead a new labor initiative advancing economic opportunities for women.

Her career includes service as president of the Harrison TA, as a NYS Teachers' Retirement System representative, and a NYSUT Board member.

In a special resolution, delegates recognized Fortino for serving her union "at the local, state and national level with the utmost dedication and integrity, advocating strongly and effectively for her students, her colleagues and the teaching profession from pre-K through post-graduate." The resolution noted Fortino's tireless advocacy for English language learners and students with disabilities, and her reputation as a nationally recognized expert on professional development, curriculum and assessments.

Fortino's leadership on higher education issues also earned kudos, with delegates recognizing her expertise and sensitivity in collaborating with her colleagues and advancing concerns on behalf of higher ed members. Fortino is retiring after a union career that included service as a NYSUT officer, director of the UFT Teacher Center and UFT vice president.

Video tributes unveiled at the RA include the highlights of each woman's union career and tributes from colleagues and dignitaries who discuss their legacies. To watch the videos and to read the Special Orders of Business, visit **www.nysut.org/ra**.