# EXHIBIT C

PROFESSIONAL STAFF CONGRESS
FINANCIAL STATEMENT AUGUST 31, 2017

**EXHIBIT C**

| EXPENDITURES: | Annual Budget | Annual Budget | YTD Actual | YTD VARIANCE FAVORABLE (UNFAVO-RABLE) | Actual Aug. 31, 2017 |
|---|---:|---:|---:|---:|---:|
| **1. Dues to Affiliates:** | | | | | |
| 11. NYSUT | 7,125,000 | 7,125,000 | 7,267,000 | (142,000) | 451,000 |
| 12. AFT | 3,476,000 | 3,476,000 | 3,589,000 | (113,000) | 265,000 |
| 13. AAUP & CBC | 245,000 | 245,000 | 232,000 | 13,000 | 17,000 |
| 14. MLC | 21,000 | 21,000 | 21,000 | - | - |
| 15. Other Membership Dues | 32,000 | 32,000 | 32,000 | - | - |
| **Total Dues to Affiliates** | **10,899,000** | **10,899,000** | **11,141,000** | **(242,000)** | **733,000** |
| **2. Union Operations:** | | | | | |
| 16. Rent & Electricity | 1,360,000 | 1,360,000 | 1,373,000 | (13,000) | 168,000 |
| 17. Postage & Delivery | 40,000 | 40,000 | 42,000 | (2,000) | 7,000 |
| 18. Computer Services | 206,000 | 206,000 | 191,000 | 15,000 | 21,000 |
| 19. Office Supplies & Printing | 45,000 | 45,000 | 32,000 | 13,000 | 6,000 |
| 20. Telephone | 35,000 | 35,000 | 61,000 | (26,000) | 4,000 |
| 21. Machine Rental/Leasing | 67,000 | 67,000 | 69,000 | (2,000) | - |
| 22. Machine Maintenance | 4,000 | 4,000 | 3,000 | 1,000 | - |
| 23. Accounting & Auditing | 40,000 | 40,000 | 40,000 | - | 8,000 |
| 24. Dues, Fees Refunds | 82,000 | 82,000 | 91,000 | (9,000) | 7,000 |
| 25. Library/Educational Materials | 7,000 | 7,000 | 8,000 | (1,000) | - |
| 26. Insurance & Bonds | 40,000 | 40,000 | 39,000 | 1,000 | - |
| 27. Elections | 17,000 | 17,000 | 12,000 | 5,000 | 11,000 |
| **Total Union Operations** | **1,943,000** | **1,943,000** | **1,961,000** | **(18,000)** | **232,000** |
| **3. Personnel & Related:** | | | | | |
| 28. Salaries - Professional Staff | 2,548,000 | 2,548,000 | 2,426,000 | 122,000 | 220,000 |
| 29. Salaries - Support Staff | 730,000 | 730,000 | 684,000 | 46,000 | 60,000 |
| 30. Fringe Benefits | 1,237,000 | 1,237,000 | 1,426,000 | (189,000) | 342,000 |
| 31. Separation Accrual-Personnel | 65,000 | 65,000 | 65,000 | - | 4,000 |
| 32. Payroll Taxes | 295,000 | 295,000 | 280,000 | 15,000 | 20,000 |
| 33. Reassigned Time & Stipends | 777,000 | 777,000 | 876,000 | (99,000) | 43,000 |
| 34. Temps | 20,000 | 20,000 | 29,000 | (9,000) | - |
| **Total Personnel & Related** | **5,672,000** | **5,672,000** | **5,786,000** | **(114,000)** | **689,000** |
| **4. Mobilization & Outreach:** | | | | | |
| 35. Community Relations-tkts;ads | 40,000 | 40,000 | 41,000 | (1,000) | - |
| 36. Clarion | 235,000 | 235,000 | 189,000 | 46,000 | - |
| 37. Chapter Budgets | 115,000 | 115,000 | 107,000 | 8,000 | 5,000 |
| 38. Conferences, Meetings, Legislation | 110,000 | 110,000 | 133,000 | (23,000) | 6,000 |
| 39. Belle Zeller Professorship | 5,000 | 5,000 | 5,000 | - | - |
| 40. Organizing Supplies | 10,000 | 10,000 | 11,000 | (1,000) | 1,000 |
| 41. Cultural Activities - LGTM | 10,000 | 10,000 | 4,000 | 6,000 | - |
| 42. Consultants | 190,000 | 190,000 | 142,000 | 48,000 | 13,000 |
| 43. Contract Campaign | 75,000 | 75,000 | 36,000 | 39,000 | - |
| 44. Budget & Other Campaigns | 200,000 | 200,000 | 144,000 | 56,000 | 46,000 |
| 45. Research Project | 15,000 | 15,000 | 7,000 | 8,000 | - |
| 46. Committees | 15,000 | 15,000 | 20,000 | (5,000) | - |
| 47. Health & Safety Activities | 10,000 | 10,000 | 10,000 | - | - |
| **Total Mobilization & outreach** | **1,030,000** | **1,030,000** | **849,000** | **181,000** | **71,000** |
| **5. Contract Enforcement & Related Costs:** | | | | | |
| 48. Grievance, Arbitration & Legal Services | 70,000 | 70,000 | 49,000 | 21,000 | 4,000 |
| 49. Legal Consultants | 200,000 | 200,000 | 80,000 | 120,000 | 12,000 |
| **Total Contract Enforcement & Related Costs** | **270,000** | **270,000** | **129,000** | **141,000** | **16,000** |
| **6. Other** | | | | | |
| 50. Contingencies | 1,000 | 1,000 | - | 1,000 | - |
| **TOTAL EXPENDITURES** | **19,815,000** | **19,815,000** | **19,866,000** | **(51,000)** | **1,741,000** |
| **TOTAL INCOME-EXHIBIT C+** | **19,919,000** | **19,919,000** | **23,150,000** | **3,231,000** | **2,052,000** |
| **Total (Deficit) Surplus** | **104,000** | **104,000** | **3,284,000** | **3,180,000** | **311,000** |

## PROFESSIONAL STAFF CONGRESS
## FINANCIAL STATEMENT AUGUST 31, 2017

| EXHIBIT C+ | Annual Budget | Annual Budget | YTD Actual | YTD VARIANCE FAVORABLE (UNFAVORABLE) | Actual Aug. 31, 2017 |
|---|---|---|---|---|---|
| **INCOME:** | | | | | |
| **Dues and Fees:** | | | | | |
| 1. Retirees and Associates | 207,000 | 207,000 | 211,000 | 4,000 | - |
| 2. Sr. & Comm.Coll.Dues/Fees & EOCs | 15,245,000 | 15,245,000 | 15,779,000 | 534,000 | 1,385,000 |
| 2(a) Retro dues | - | - | 2,539,000 | 2,539,000 | - |
| 3. Research Foundation | 150,000 | 150,000 | 156,000 | 6,000 | 27,000 |
| **Total Dues and Fees** | **15,602,000** | **15,602,000** | **18,685,000** | **3,083,000** | **1,412,000** |
| | | | | | |
| **NYSUT Reimbursements:** | | | | | |
| 4. Local Assistance: | | | | | - |
| a. Metro Funding | 2,216,000 | 2,216,000 | 2,217,000 | 1,000 | 185,000 |
| b. Teacher Retirement Counseling | 18,000 | 18,000 | 18,000 | - | - |
| c. AAUP Dues | 80,000 | 80,000 | 80,000 | - | 25,000 |
| d. Organizing | 193,000 | 193,000 | 193,000 | - | 33,000 |
| e. Outreach & Communications | 1,056,000 | 1,056,000 | 1,154,000 | 98,000 | 267,000 |
| Local Assistance Total | 3,563,000 | 3,563,000 | 3,662,000 | 99,000 | 510,000 |
| 5(a) Agency Fee Refund | 14,000 | 14,000 | 15,000 | 1,000 | 5,000 |
| 5(b) Other | 90,000 | 90,000 | 90,000 | - | 45,000 |
| **Total NYSUT Reimbursements** | **3,667,000** | **3,667,000** | **3,767,000** | **100,000** | **560,000** |
| | | | | | |
| **AFT Reimbursements:** | | | | | |
| 6. AFT-Reimb. on AAUP dues | 65,000 | 65,000 | 67,000 | 2,000 | 11,000 |
| 7. AFT-Organizing | 193,000 | 193,000 | 179,000 | (14,000) | 28,000 |
| 7(a) AFT-Reimb. Contract Campaign | 20,000 | 20,000 | 20,000 | - | 15,000 |
| 7(b) AFT-Reimb. Other | - | - | 40,000 | 40,000 | - |
| **Total AFT Reimbursements** | **278,000** | **278,000** | **306,000** | **28,000** | **54,000** |
| | | | | | |
| **Other Income:** | | | | | |
| 8. Investment Income | 127,000 | 127,000 | 155,000 | 28,000 | 6,000 |
| 9. Rental Income - Welfare Fund | 234,000 | 234,000 | 234,000 | - | 20,000 |
| 10. Rental Income - NYCOSH | 11,000 | 11,000 | 3,000 | (8,000) | - |
| **Total Other Income** | **372,000** | **372,000** | **392,000** | **20,000** | **26,000** |
| | | | | | |
| **TOTAL INCOME** | **19,919,000** | **19,919,000** | **23,150,000** | **3,231,000** | **2,052,000** |