**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
DAVID SEIDEMANN, and BRUCE MARTIN,
Individually and on behalf of all others similarly
situated,

                      Plaintiff,

-against-

PROFESSIONAL STAFF CONGRESS LOCAL
2334; FACULTY ASSOCIATION OF SUFFOLK
COUNTY COMMUNITY COLLEGE; UNITED
UNIVERSITY PROFESSIONS; FARMINGDALE
STATE COLLEGE CHAPTER; NATIONAL
EDUCATION ASSOCIATION OF THE UNITED
STATES; AMERICAN FEDERATION OF
TEACHERS; AMERICAN FEDERATION OF
LABOR AND CONGRESS OF INDUSTRIAL
ORGANIZATIONS; AMERICAN ASSOCIATION
OF UNIVERSITY PROFESSORS COLLECTIVE
BARGAINING CONGRESS; and NEW YORK
STATE UNITED TEACHERS,
                      Defendants.
-----------------------------------------------------------X



18 **CIVIL** 9778 (KPF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 10, 2020, Defendants' motion to dismiss is GRANTED and Plaintiffs' claims are DISMISSED WITH PREJUDICE; accordingly, the case is closed.

**Dated:** New York, New York
       January 10, 2020

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**
                       BY:
                                            **Deputy Clerk**